**Andres Montoya REYNA, Sr., Elida Reyna; Andres Mares Reyna, Jr., Rebecca Reyna, Plaintiffs–Appellants,**

v.

**John ASHCROFT, Attorney General of the United States; Richard A. Medema, Senior Attorney for the Drug Enforcement Administration Office of Domestic Operations Asset Forfeiture Sections; Mia Moore, Dea Agent; Colin J. Sullivan, Officer–Detective, Defendants–Appellees.**

No. 03–10055.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 21, 2003.

Andres Montoya Reyna, Sr., Elida Reyna, Fort Worth, TX, Andres Mares Reyna, Jr., Forrest City, AR, Rebecca Reyna, Fort Worth, TX, for Plaintiffs–Appellants.

James Thomas Jeffrey, Jr., Arlington, TX, Defendants–Appellees.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM.*

Andres Mares Reyna, Rebecca Reyna, Andres Montoya Reyna, and Elida Reyna (collectively, the Reynas) have appealed the district court's denial of a FED. R. CIV. P. 60(b) motion for relief from judgment. Because the Reynas filed an appeal from the challenged judgment prior to filing their Rule 60(b) motion and this court had not authorized the district court to grant Rule 60(b) relief, the district court lacked jurisdiction to grant the motion. *Travelers Ins. Co. v. Liljeberg Enters., Inc.*, 38 F.3d 1404, 1408, n. 3 (5th Cir.1994).

This appeal is without arguable merit and we therefore dismiss it as frivolous. *See* 5TH CIR. R. 42.2; *Howard v. King*, 707 F.2d 215, 219–20 (5th Cir.1983).

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.